IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

      Plaintiff,                        No. CIV S-07-2225 GEB EFB PS

    vs.

RIO CITY CAFÉ,                     <u>FINDINGS AND RECOMMENDATIONS</u>

      Defendant.

_____/

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On November 1, 2007, the court denied plaintiff's application to proceed *in forma pauperis*, but granted her leave to file an amended, complete application within thirty days. The court also dismissed plaintiff's complaint for failure to state a claim and granted her leave to amend.

      Plaintiff failed to submit a completed *in forma pauperis* application, nor did she submit an amended complaint correcting the deficiencies identified by the court in its November 1, 2007, order. Rather, plaintiff submitted a "declaration" alleging that an individual named Mario Armstrong broke into her apartment, used the bathroom, and tried to cook for one hundred people. The declaration alleges no jurisdictional basis for this action and fails to state a cognizable claim for relief.

1

1    Accordingly, IT IS RECOMMENDED that this action be dismissed without further leave
2 to amend, and that the Clerk be directed to close this case.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten (10)
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within ten (10) days after service of the objections.  The parties are
9 advised that failure to file objections within the specified time may waive the right to appeal the
10 District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*,
11 951 F.2d 1153, 1157 (9th Cir. 1991).
12 DATED: January 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2