IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                              2:07-cv-2225-GEB-EFB-PS

    vs.

RIO CITY CAFÉ,

    Defendant.                              <u>ORDER</u>

_____/

        On January 10, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 10, 2008, are ADOPTED; and

2. This action is dismissed without further leave to amend; and

3. The Clerk is directed to close the case.

Dated: February 22, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2